IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH and JOAN CAPUTO, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br>　v.<br><br>DEAN VAGNOZZI;<br>ABetterFinancialPlan.com d/b/a A BETTER FINANCIAL PLAN;<br>JOHN W. PAUCIULO; ECKERT SEAMANS CHERIN & MELLOTT, LLC;<br>ABFP MANAGEMENT COMPANY, LLC;<br>ABFP INCOME FUND, LLC;<br>ABFP INCOME FUND 2, L.P.;<br>ABFP INCOME FUND 3, LLC;<br>ABFP INCOME FUND 4; LLC;<br>ABFP INCOME FUND 5, LLC;<br>ABFP INCOME FUND 6, LLC;<br>ABFP INCOME FUND 7, LLC;<br>ABFP INCOME FUND PARALLEL LLC;<br>ABFP INCOME FUND 2 PARALLEL LLC;<br>ABFP INCOME FUND 3 PARALLEL LLC;<br>ABFP INCOME FUND 4 PARALLEL LLC;<br>ABFP INCOME FUND 6 PARALLEL LLC;<br>and ABFP INCOME FUND 7 PARALLEL LLC,<br><br>　　　　　Defendants. | C.A. No. 20-CV-1042-CFC |

## ORDER

AND NOW, this 9th day of September 2020, it is ORDERED the Receiver's Request for Stay is GRANTED. The case is STAYED pending further order from this Court.

By the Court:

Hon. Colm F. Connolly
United States District Judge